No. 71–5884. BOULWARE v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 71–5891. LINDSEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 71–5892. LEDERMAN v. NEW YORK CITY TRANSIT AUTHORITY ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 71–5894. BARTLETT, GUARDIAN v. HOLLOPETER. Sup. Ct. Ohio. Certiorari denied.

No. 71–5895. KELLEY v. SPRINKLE. C. A. 8th Cir. Certiorari denied.

No. 71–5898. OAKS v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 71–5900. NOVICK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–5901. WILLIAMS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 71–5902. OLIVER v. DUGGAN, DISTRICT ATTORNEY OF ALLEGHENY COUNTY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 71–5903. FOREMAN v. NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 71–5904. WELLS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 71–5907. HOYT v. UNITED STATES; and
No. 71–5952. BOWMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 451 F. 2d 570.